# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **AML IP, LLC,**<br>　　　**Plaintiff,** | Civil Action No. 6:23-cv-00032-ADA |
| v. | |
| **INTERIOR DEFINE, INC.,**<br>　　　**Defendant** | JURY TRIAL DEMANDED |

## MOTION FOR DEFAULT JUDGMENT

Pursuant to Fed. R. Civ. P. 55, AML IP, LLC ("AML" or "Plaintiff"), files this Motion for Default Judgment against Defendant, Interior Define, Inc.  In support of the requested default, Plaintiff provides:

1. Plaintiff sued Defendant for patent infringement on January 18, 2023.[1]

2. Defendant, Interior Define, Inc., was served January 19, 2023.[2]

3. Defendant has not answered or otherwise responded to the Complaint to date.

4. As such, Plaintiff requested that the Clerk enter a default against Interior Define, Inc. on March 24, 2024, ECF No. 8.

5. The Clerk entered a default against Defendant, Interior Define, Inc. on March 24, 2024, ECF No. 9.

Plaintiff will offer proof later to prove any damages.

---

[1] Doc. No. 1.
[2] Doc. No. 7.

-2-

DATED: May 8, 2024 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**Ramey LLP**

　　　　　　　　　　　　　　　　　　By: */s/ William P. Ramey, III*
　　　　　　　　　　　　　　　　　　　　William P. Ramey, III
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24027643
　　　　　　　　　　　　　　　　　　　　5020 Montrose Blvd., Suite 800
　　　　　　　　　　　　　　　　　　　　Houston, Texas 77006
　　　　　　　　　　　　　　　　　　　　(713) 426-3923 (telephone)
　　　　　　　　　　　　　　　　　　　　(832) 900-4941 (fax)
　　　　　　　　　　　　　　　　　　　　wramey@rameyfirm.com

　　　　　　　　　　　　　　　　　　　*Attorneys for AML IP, LLC*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, while defendant has not entered an appearance, I hereby certify that a true and correct copy of this Motion and the accompanying order were mailed to Interior Define, Inc., Registered Agents, Inc. 5900 Balcones Drive, Suite 100, Austin, Texas 78731 via FedEx.

　　　　　　　　　　　　　　　　　　*/s/ William P. Ramey, III*
　　　　　　　　　　　　　　　　　　William P. Ramey, III